

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Harry Knox, Jr.
The Adjutant General
Austin, Texas

Dear Sir:

Opinion No. 0-1343
Re: Authority of Adjutant General to exchange
for other needed military stores a boat
acquired by the expenditure of State
funds appropriated to the Adjutant Gen-
eral's Department, and now found to be
unsuitable for the Department's present
military requirements.

By your letter of September 27, 1939, you ask the
opinion of this department upon the following question:

"May The Adjutant General exchange for other
needed property a boat which was acquired by the
expenditure of State funds appropriated to The
Adjutant General's Department and is now found to
be unsuitable for the Department's present military
requirements?"

You advise that this boat was constructed by a
prior administration at Palacios for the military use of
the State of Texas, and that the present administration
finds the boat unsuitable for military requirements at this
time.

Article 5798, Revised Civil Statutes of 1925,
reads as follows:

"The Adjutant General, after the appropria-
tions are made for that purpose, may purchase and
keep ready for use, or issue to the military
forces of this State, as the best interests of
the service may require, such amount and kind of
quartermasters, ordinance, subsistence, medical,
signal, engineers, and all other military stores
and supplies as shall be necessary; he shall see

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

that all military stores and supplies both the
property of this State and of the United States
are properly cared for and kept in good order,
ready for use; and all accounts which may accrue
against the State under the provisions of this
chapter shall, if correct, be certified and ap-
proved by the Adjutant General and paid out of
the State Treasury as other claims are paid.
Any military stores belonging to this State which.
may become unserviceable, obsolete, or unfit for
further use, may be disposed of in such manner
as the Governor or Adjutant General may prescribe
by regulations or orders; and the Adjutant General
may sell or destroy as he may see fit for the best
interests of the service, any unserviceable,
obsolete, or unsuitable military stores belong-
ing to this State, the sums realized from the
sale thereof to be turned into the State Treasury,
or he may in his discretion, exchange such stores
for such other military stores as the interest
of the service may require, for the use of the
active militia of this State."

Since the above statute confers specific authority
upon the Adjutant General to exchange unsuitable military
stores belonging to the State of Texas for such other military
stores as the interests of the service may require, we assume
that the question which you have in mind is whether this boat
may be regarded as a "military store."

The term "military store," as found in the above
statute, must be construed according to the ordinary defini-
tion of such term, unless something is found in the statute
indicating that the Legislature intended that it should
have a contrary meaning. We find nothing in the statutes
reflecting the legislative intent that the term "military
stores" should have any other meaning or significance than
that which it ordinarily bears. Webster's New International
Dictionary, Second Edition, defines the term "stores" as
meaning "supplies, as of provisions, arms, equipments, etc."

We think it must be deemed to be undisputed that
a boat provided for military purposes must be regarded as
military "equipment." We therefore advise that the boat to
which you refer is a "military store," within the meaning
of Article 5798, and, therefore, that you have such auth-
ority with reference to the exchange thereof for other suit-
able military supplies as is expressly given you by the

Hon. Harry Knox, Jr., Page 3.

terms of such Article, above quoted.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *R.W. Fairchild*

R. W. Fairchild
Assistent

RWF:pw   APPROVED OCT. 4, 1939

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN
